IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-300 |
| | : | |
| RAYMOND CHAMBERS II | : | |
| | : | |
| Defendant. | : | |

### PROPOSED VERDICT FORM

**Count One**

1. How do you find Defendant Raymond Chambers II on the charge of Entering or Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1)?

   _____ Not Guilty     _____ Guilty

**Count Two**

2. How do you find Defendant Raymond Chambers II on the charge of disorderly or disruptive conduct in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(2)?

   _____ Not Guilty     _____ Guilty

**Count Three**

3. How do you find Defendant Raymond Chambers II on the charge of violent entry or disorderly conduct in a Capitol building or grounds, in violation of 40 U.S.C. § 5104(e)(2)(D)?

   _____ Not Guilty     _____ Guilty

**Count Four**

4. How do you find Defendant Raymond Chambers II on the charge of Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G)?

   _____ Not Guilty     _____ Guilty

Dated: _____     _____
                                                                Signature of Foreperson